# EXHIBIT A

SND1502-1C(1-2725642871)

# EXHIBIT B

**Registration Number**
# *-APPLICATION-*

## Title

**Title of Work:** SND1502_1C

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 22, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** JITRADE INC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** JITRADE INC
3450 Wilshire Ave. suite 406, Los Angeles, CA, 90010, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** JITRADE INC
**Name:** HAE YOUNG SEO
**Email:** thomas@sndint.com
**Telephone:** (213)559-7974
**Address:** 3450 Wilshire Ave. suite 406
Los Angeles, CA 90010 United States

## Certification

**Name:** HAE YOUNG SEO

**Date:** September 22, 2015

---

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2725642871

## Mail Certificate

JITRADE INC
HAE YOUNG SEO
3450 Wilshire Ave. suite 406
Los Angeles, CA 90010 United States

**Priority:** Routine **Application Date:** September 22, 2015

## Correspondent

**Organization Name:** JITRADE INC
**Name:** HAE YOUNG SEO
**Email:** thomas@sndint.com
**Telephone:** (213)559-7974
**Fax:** (213)351-9622
**Address:** 3450 Wilshire Ave. suite 406
Los Angeles, CA 90010 United States

# EXHIBIT C

amazon.com

## Details for Order #114-1135179-4182627

Print this page for your records.

**Order Placed:** April 28, 2017
**Amazon.com order number:** 114-1135179-4182627
**Order Total: $21.70**

### Preparing for Shipment

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *LL WDR1390 Womens Print Contrast Sleeveless Empire Line Maxi Dress S NAVY_TEAL*<br>Sold by: LOCK AND LOVE (seller profile)<br>Condition: New | $19.95 |

**Shipping Address:**
Park Ji Young
3248 WINLOCK RD
TORRANCE, CA 90505-6909
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $19.95
Shipping & Handling: $0.00
-----
Total before tax: $19.95
Sales Tax: $1.75
-----
**Total for This Shipment: $21.70**
-----

### Payment information

**Payment Method:**
Visa | Last digits: 4917

**Billing address**
Park Ji Young
3248 WINLOCK RD
TORRANCE, CA 90505-6909
United States

Item(s) Subtotal: $19.95
Shipping & Handling: $0.00
-----
Total before tax: $19.95
Estimated tax to be collected: $1.75
-----
**Grand Total: $21.70**

**Credit Card transactions** Visa ending in 4917: April 28, 2017: $0.00

To view the status of your order, return to Order Summary.

Your Business: Jeong & Likens, L.C.

All | ll womens print contrast sleeveless empir | Go | Summer's Account for Business | Lists

**Departments** Today's Deals Sell on Amazon Business Help

AMAZON FASHION WOMEN MEN GIRLS BOYS BABY LUGGAGE SALES & DEALS YOUR FASHION & S

‹ Back to search results for "ll womens print contrast sleeveless empire line ma..."



Roll over image to zoom in

Lock and Love

Share

# LL Womens Print Contrast Sleeveless Empire Line Maxi Dress - Made in USA

8 customer reviews

To buy, select **Size**

Add to Cart

Add to List

Price: ~~$28.50~~
Sale: $16.96 - $19.95
& Free Return on some sizes and colors

**Fit:** As expected (77%)

**Size:**

Select ▼ Size Chart

**Color:** Wdr1390_coral_green

- 95% RAYON 5% SPANDEX / 95% POLYETSTER 5% SPANDEX
- Made in U.S.A.
- ***BEWARE OF IMITATION*** Please make sure when you checkout it's fulfilled by LOCK AND LOVE
- Print and color block contrast sleeveless empire line maxi dress / Unlined
- Lightweight and soft fabric with stretch for comfort / Simple and stylish outfit
- HAND WASH IN COLD WATER / DO NOT BLEACH / LAY FLAT TO DRY / DRY CLEAN IF NEEDED
- Please check the size chart below to ensure your order / Color Disclaimer : Due to monitor settings, monitor pixel definitions, we cannot guarantee that the color you see on your screen as an exact color of the product. We strive to make our colors as accurate as possible. however, colors are approximations of actual colors.

Report incorrect product information.

**Spring dresses from Lark & Ro. Exclusively for Prime members. Shop now.**

Cap-Sleeve Wrap $44.50 | Side Button $64.50 | Fit-and-Flare $59.50 | Sleeveless Bow $59.50

LL Womens Print Contrast ...
파일(F) 편집(E) 보기(V) 즐겨찾기(A) 도구(T) 도움말(H)
amazon
ll womens print
Shop Mother's Day gifts
Departments
Account & Lists
Orders
Try Prime
Cart
Amazon Fashion
WOMEN
MEN
GIRLS
BOYS
BABY
LUGGAGE
SALES & DEALS
FREE RETURNS
WATCH & SHOP NOW
Lock and Love
LL Womens Print Contrast Sleeveless Empire Line Maxi Dress - Made in USA
7 customer reviews
Price $29.50
Sale $16.96 - $19.95 & Free Return on some sizes and colors
Fit: As expected (83%)
Size:
Select
Size Chart
Color: Wdr1390_coral_green
Share
To buy, select Size
Add to Cart
Add to List
95% RAYON 5% SPANDEX / 95% POLYETSTER 5% SPANDEX
Made in U S A
***BEWARE OF IMITATION*** Please make sure when you checkout it's fulfilled by LOCK AND LOVE
Print and color block contrast sleeveless empire line maxi dress / Unlined
Lightweight and soft fabric with stretch for comfort / Simple and stylish outfit
HAND WASH IN COLD WATER / DO NOT BLEACH / LAY FLAT TO DRY / DRY CLEAN IF NEEDED
Please check the size chart below to ensure your order / Color Disclaimer Due to monitor settings monitor pixel definitions, we cannot guarantee that the color you see on your screen as an exact color of the product We strive to make our colors as accurate as possible however, colors are approximations of actual colors
Spring dresses from Lark & Ro. Exclusively for Prime members. Shop now.